UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:13-CR-080 JD |
| ) | |
| ANTHONY E. BARRERA ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 8, 2013 [DE 9]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Anthony Barrera's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   August 5, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court